UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINN R. FAHEY, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HONJIN CROWN AMERICA, INC.;<br>HONJIN CROWN CORPORATION,<br>doing business as HJC HELMETS; and<br>DOES 1 TO 100, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-1397 JLS (BLM)<br><br>**ORDER VACATING HEARINGS AND TAKING MATTERS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 5 & 6) |

Presently before the Court are Defendant Honjin Crown America, Inc.'s ("HJCA") Motion to Dismiss the Complaint of Plaintiff Finn R. Fahey ("MTD," ECF No. 5) and Defendant HJC Corporation's (erroneously sued as Hongjin Crown Corporation) ("HJC Korea") Motion to Quash Service of Summons on the Complaint of Plaintiff Finn R. Fahey ("MTQ," ECF No. 6). HJCA's MTD is scheduled for a hearing on January 20, 2022, and HJC Korea's MTQ is scheduled for a hearing on January 27, 2022. No opposition has been filed to either motion.

/ / /

/ / /

/ / /

1
2
3       In light of the foregoing and good cause appearing, the Court hereby **VACATES** the hearings on HJCA's MTD and HJC Korea's MTQ and takes these matters under submission on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

4       **IT IS SO ORDERED.**

5    Dated: January 18, 2022

6                                                *Janis L. Sammartino*
                                                 Hon. Janis L. Sammartino
7                                                United States District Judge